703

*Offutt,* and *Donald Gottwald* for petitioner.  *Solicitor General Reed, Assistant Attorney General McMahon,* and *William W. Barron* for the United States.

No. 152.  SANITARY GROCERY CO. *v.* SNEAD.  October 11, 1937.  Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied.  *Mr. Cornelius H. Doherty* for petitioner.  *Messrs. Alvin L. Newmyer* and *David G. Bress* for respondent.

No. 153.  NORRIS GRAIN CO. *v.* TEXAS & NEW ORLEANS R. CO.; and

No. 154.  CARPENTER ET AL., TRUSTEES, ET AL. *v.* SAME.  October 11, 1937.  Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. C. G. Stearns* and *Charles M. Blackmar* for petitioners.  No appearance for respondent.  Reported below: 89 F. (2d) 274.

No. 155.  NEW YORK LIFE INS. CO. *v.* LYDON ET AL., EXECUTORS.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. William H. Becker* and *Louis H. Cooke* for petitioner.  *Mr. Guy A. Thompson* for respondents.

No. 156.  BANKERS INDEMNITY INS. CO. *v.* LUNDGREN.  October 11, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.  *Mr. Henry I. Quinn* for petitioner.  *Mr. Thomas M. Carlson* for respondent.